# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JLM VENTURES, LLC

VERSUS

GRAND PARADISE, LLC, ET AL.

NO.  2022 CW 0941

**NOVEMBER 21, 2022**

---

In Re:   The State of Louisiana, through the Department of Transportation and Development, applying for supervisory writs, 18th Judicial District Court, Parish of West Baton Rouge, No. 46011.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED.**

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT